UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| ------------------------------------------------------<br>**This document relates to:**<br><br>*Gumbrecht v. Bayer Corporation et al.,* No.: 3:10-cv-20261-DRH-PMF | Judge<br><br>David R. Herndon<br><br>ORDER |

## ORDER

This matter is before the Court on the parties' stipulation to dismiss McKesson Corporation and stipulation of withdrawal of plaintiff's motions to remand and to strike the amended notice of removal (Doc. 73). The Court acknowledges the parties stipulation (Doc. 73) and pursuant to that stipulation **ORDERS** as follows:

Defendant McKesson Corporation is dismissed without prejudice and plaintiff's motion to remand (Doc. 6) and motion to strike amended notice of removal (Doc. 46) are terminated.

**SO ORDERED:**

*/s/ David R. Herndon*

Digitally signed by David R. Herndon
Date: 2011.03.28 15:57:34 -05'00'

**Chief Judge**  
**United States District Court**

Date: March 28, 2011